IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES W. MILLER                                                                                    PLAINTIFF
ADC #105303

V.                              NO: 5:11CV00195 JMM/HDY

SUSAN POTTS                                                                                       DEFENDANT

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's motion to amend (docket entry #23) is GRANTED, and the Clerk is directed to file Plaintiff's motion as his amended complaint.

2. Defendant's motion for judgment on the pleadings (docket entry #15) is GRANTED IN PART AND DENIED IN PART.

3. Defendant's motion is GRANTED with respect to Plaintiff's claims regarding allegedly unsanitary tables, and official capacity claims regarding allegedly inadequate medical care, and those claims are DISMISSED WITH PREJUDICE.

4. Defendant's motion is DENIED with respect to Plaintiff's claim regarding allegedly inadequate medical care against Defendant in her individual capacity.

DATED this 19th day of March, 2012.

UNITED STATES DISTRICT JUDGE