**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JAMES W. MILLER                                                           PLAINTIFF
ADC #105303

V.                                    NO: 5:11CV00195 JMM

SUSAN POTTS                                                              DEFENDANT

## ORDER

   The Court has reviewed the Proposed Findings and Recommended Disposition submitted

by United States Magistrate Judge H. David Young.  No objections have been filed.  After careful

consideration, the Court concludes that the Proposed Findings and Recommended Disposition

should be, and hereby are, approved and adopted in their entirety as this Court's findings in all

respects.

   IT IS THEREFORE ORDERED THAT:

   1.  Plaintiff's complaint is DISMISSED WITH PREJUDICE.

   2.  The Court certifies that an *in forma pauperis* appeal taken from the order and

judgment dismissing this action is considered frivolous and not in good faith.

   DATED this 3rd day of April, 2012.

               James M. Moody
               UNITED STATES DISTRICT JUDGE