**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JAMES W. MILLER                                                                                                   PLAINTIFF
ADC #105303

V.                                          NO: 5:11CV00195 JMM

SUSAN POTTS                                                                                                       DEFENDANT

**JUDGMENT**

    Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

    DATED this 3rd day of April, 2012.

                                                                                    _____
                                                                                   UNITED STATES DISTRICT JUDGE